UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.:

RETROBELT USA, LLC

    Plaintiff,

vs.

SEATBELT SOLUTIONS, LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff RetroBelt USA, LLC hereby sues Seatbelt Solutions, LLC and alleges as follows:

1. Plaintiff RetroBelt USA, LLC ("RetroBelt") is a Nevada limited liability company with its principal place of business in Nevada.

2. Seatbelt Solutions, LLC ("Seatbelt Solutions") is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

3. This Court has jurisdiction under 28 U.S.C. § 1338(a) in that this case arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq. .

4. In October 2006, RetroBelt created a series of guides for the installation of seatbelts, including one titled Custom 3-Point Seatbelt Installation Guide for: 1965-1973 Mustang (the "Installation Guide").

5. The Installation Guide is an original work that may be copyrighted under United States law. A copy of the Installation Guide is attached as Exhibit A.

6. RetroBelt received a certificate of copyright registration dated July 14, 2014, a copy of which is attached as Exhibit B.

7. Since July 14, 2014, RetroBelt has either published or licensed for publication all copies of the Installation Guide in compliance with the copyright laws and has remained the sole owner of the copyright.

8. RetroBelt has been and still is the sole owner of all rights, title and interest in the Installation Guide, its design, and its contents.

9. After the copyright was issued, Seatbelt Solutions infringed the copyright by publishing and selling an installation guide as part of a package including products it sells which installation guide was copied entirely from the plaintiff's Installation Guide. A copy of the defendant's installation guide (the "Infringing Installation Guide) is attached as Exhibit C.

10. RetroBelt has notified Seatbelt Solutions in writing of the infringement.

11. After receiving the notice referred to in paragraph 10, Seatbelt Solutions continued to infringe RetroBelt's copyright by continuing to publish and sell the Infringing Installation Guide in violation of the copyright. Seatbelt Solutions continues to do so as of the date of the filing of this Complaint.

12. Seatbelt Solutions' continuing infringement is willful.

13. Seatbelt Solutions' willful acts of copyright infringement justify the award of the maximum amount of statutory damages against it for each act of infringement, together with costs and attorneys' fees, and justify the entry of injunctive relief against Seatbelt Solutions to prevent it from any further use of RetroBelt's copyrighted Installation Guide.

14. RetroBelt has been damaged by Seatbelt Solutions' infringement, including damage to its business, reputation, and good will, and the loss of sales and profits RetroBelt would have made but for Seatbelt Solutions' wrongful conduct.

Therefore, the RetroBelt demands that:

    a. Until this case is decided Seatbelt Solutions and its agents be enjoined from disposing of any copies of the Infringing Installation Guide by sale or otherwise, and upon final decision, that the Court enter a permanent injunction to that effect;

    b. Seatbelt Solutions account for and pay as damages to RetroBelt all profits and advantages gained from the sale of the Infringing Installation Guide, and all profits and advantages gained from infringing RetroBelt's copyright;

    c. Seatbelt Solutions identify each of its customers who received a copy of the manual, and deliver for impoundment all copies of the Infringing Installation Guide in Seatbelt Solutions' possession, custody, or control;

    d. Seatbelt Solutions pay the maximum statutory damages for each infringement;

    e. Seatbelt Solutions pay RetroBelt interest, costs, and reasonable attorney's fees because this is an exceptional case of willful and intentional infringement; and

    f. RetroBelt be awarded any other just relief.

Dated: September 29, 2014

                                    HOLLAND & KNIGHT LLP
                                    Attorneys for Plaintiff RetroBelt USA, LLC
                                    701 Brickell Avenue, Suite 3300
                                    Miami, Florida 33131
                                    (305) 374-8500 (telephone)
                                    (305) 789-7799 (facsimile)

                                    By: s/Sanford L. Bohrer
                                    Sanford L. Bohrer (FBN 160643)
                                    Email: sbohrer@hklaw.com

#32971267_v1